1    Kimble Cannon (SBN 238034)

2    Mahdavi, Bacon, Halfhill & Levine, PLLC

3    11350 Random Hills Road, Suite 700

4    Fairfax, VA 22030

5    Phone: (703) 352-1300

6    Email: ccannon@mbhylaw.com

7    Counsel for Plaintiff, XINHUA ZHANG

8

9

10    **UNITED STATES DISTRICT COURT**

11    **NORTHERN DISTRICT OF CALIFORNIA**

12

13    XINHUA ZHANG,        **Case No.: 5:26-cv-1777**

14           Plaintiff,        COMPLAINT for DAMAGES:

15       vs.        1. Fraud (Cal. Civ. Code § 1710)

16    BRUCE SHI *aka* RUNYU SHI,      2. Conversion (Cal. Civ. Code §

17    THRONES CAPITAL CORPORATION t/a        3336)

18    THRONES CAPITAL INVESTMENT,      3. Breach of Contract

19    GLOBAL UNION LLC, and      4. Unjust Enrichment

20    ODYSSEY GROUP LIMITED,      5. Civil Conspiracy

21           Defendants.

22                                    **Jury Trial Demanded**

23

24

25      Plaintiff, Xinhua Zhang ("Plaintiff"), files this Complaint against

26    Defendants Bruce Shi, (a/k/a "Runyu Shi"), Thrones Capital Investment & AI

27    Tech, Global Union LLC, ("Thrones") and Odyssey Group Limited ("Odyssey"),

28    collectively, all "Defendants", states as follows:

1

**PARTIES**

2      1.      Plaintiff Xinhua Zhang is a resident of Massachusetts, residing at 186

3  Meadowbrook Rd, Weston, MA 02493.  She is a mother of three (3) children and

4  does not speak the English language.

5      2.      Defendant Bruce Shi, a/k/a Runyu Shi, ("Shi"), is a resident of

6  California, residing at 2543 Borax Dr., Santa Clara, CA 95051.  Upon information

7  and belief, Shi is fluent in both English and Chinese.

8      3.      Defendant Thrones Capital Corporation t/a Thrones Capital

9  Investment ("Thrones") with a principal place of business at 555 Airport Blvd,

10 Suite 480, Burlingame, CA 94010.

11     4.      Defendant Global Union LLC ("Global"), is a California limited

12 liability company with a principal place of business at 555 Airport Blvd, Suite 480,

13 Burlingame, CA 94010.

14     5.      Defendant Odyssey Group Limited ("Odyssey"), is a California

15 corporation with a principal place of business at 16501 Skyline Blvd, Woodside,

16 CA 94062.

17

18

**JURISDICTION & VENUE**

19     6.      This Court has subject matter jurisdiction over this case pursuant to 28

20 U.S.C. § 1332(a)(1) because Plaintiff and Defendants are citizens of different

21 states and the amount in controversy exceeds $75,000.

22     7.      This Court has personal jurisdiction over Defendants pursuant to Fed.

23 R. Civ. P. 4(e) and because Defendants have their principal place of business in

24 California and regularly conduct their businesses in the State of California.

25     8.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 (b)(1)(2)

26 because all Defendants are in this district.

27

28

2

COMPLAINT

**STATEMENT OF FACTS**

9.    Defendant Shi, at all times relevant hereto, represented that he was the founder, owner and chief investment officer of Defendant Thrones, Defendant Global, and also Defendant Odyssey.  At all times relevant, Defendant Shi spoke, represented, and acted on behalf of the Company defendants.

10.    Defendant Shi also represented to Plaintiff that he was the authorize agent for and primary executive of Defendants Thrones, Global, and Odyssey.

11.    Further, Defendant Shi asserted that through Thrones, Global, and Odyssey, he was involved in investing for customers and clients, having substantial success, and made clients substantial sums of money.

12.    Defendant Shi represented that he had earned a Ph.D. degree in business and had substantial experience and a substantial track record of investing for clients and customers, especially Chinese clients, in the United States.

13.    From approximately the summer of 2024, Defendant Shi on behalf of himself and Thrones, Global, and Odyssey, solicited Plaintiff and Plaintiff's sister regarding making substantial investments with the Defendants in the United States.

14.    In response to the Defendants solicitations referenced in paragraph 13 above, Plaintiff advised Defendant Shi that she only had Chinese Yuan and that she did not have the United States dollar investments.

15.    In response to Plaintiff's statement, Defendant Shi promised that he could take her Chinese Yuan, exchange for U.S. dollars, then  invest them and return her substantial U.S. dollars.

16.    In addition, on November 5, 2024, defendant Shi stated in a WeChat voice message: "we invest in stocks in the U.S. with volume. Are you interested in those investment? We can take Chinese Yuan and return you in U.S. dollars."

17.    Defendant Shi further promised that he would love to establish a long-term relationship with Plaintiff and told Plaintiff to be rest assured on any investments for Plaintiff.

COMPLAINT

18.    Based on Shi's representation for himself and for the Company defendants, Plaintiff believed she could trust her investment of Chinese Yuan because she was relying on the U.S. investment companies as those companies were real and registered in California.

19.    Plaintiff also believed she could trust Defendant Shi as a highly educated executive of those investment companies.

20.    Plaintiff told defendant Shi that she was not familiar with U.S. investment. However, if defendant Shi could exchange Chinese Yuan for U.S. dollars, she would first convert some Chinese Yuan in China and Hong Kong to U.S. dollars and deposit those funds into her U.S. bank account before she would evaluate the investment opportunities presentd by defendant Shi.

21.    Defendant Shi represented to Plaintiff that he would help her with the currency exchange and would charge a 2.3% exchange fee, which Plaintiff agreed to.

22.    On or about August 8, 2025, Plaintiff wired 19,665,840 in Chinese Yuan to the U.S. bank accounts designated by defendant Shi, who acknowledged the receipt of the above amount.  The American equivalent of the total sum of Chinese Yuan wired to the Defendants on August  8, 2025, was approximately $2.83 million in U.S. Dollars.

23.    Defendant Shi communicated to Plaintiff via WeChat in writing that the total amount he would wire to Plaintiff was $2.68 million after he deducted his fees.

24.    To this day, Plaintiff has never received the $2.68 million promised by the Defendants.

25.    Defendant Shi first provided Plaintiff a written wire record from the Standard Charter Bank in Hong Kong showing that he wired $2.68 million.

26.    Defendant Shi then stated that because Plaintiff's address was missing, the fund transfer was delayed at the intermediate bank, but would come eventually.

4

COMPLAINT

1

27.    Plaintiff asked her friend in Hong Kong to verify with Standard

2    Charter Bank on the wiring record and learned that the wire record was fabricated.

3    28.    Plaintiff then realized that she has been defrauded by the Defendants.

4

5    **FIRST CAUSE OF ACTION**

6    **Fraud in Violation of Cal. Civ. Code § 1710**

7    **(against all Defendants)**

8    29.    Plaintiff repeats and realleges the allegations set forth in paragraphs 1

9    through 28 as if fully set forth herein.

10    30.    Defendants made false representations of material facts to Plaintiff, to

11    which Plaintiff reasonably and justifiably relied upon.

12    31.    Defendant Shi, individually, and on behalf of all the Company

13    defendants, falsely represented them all as a legitimate investment professional

14    capable of exchanging Chinese Yuan for U.S. dollars.

15    32.    Defendant Shi falsely claimed to have  broad experience in safely

16    investing in the U.S.

17    33.    Defendant Shi, individually, and on behalf of all the Company

18    defendants, falsely represented that  as the Founder and Chief Investment Officer

19    of defendants Thrones Capital Investment & AI Tech and Global Union LLC, and

20    the primary executive of defendant Odyssey Group Limited, both he and the

21    company defendants were fully licensed and fully qualified investment

22    professionals.

23    34.    Defendant Shi, individually, and on behalf of all the Company

24    defendants, falsely promised that they could take Chinese Yuan and return U.S.

25    dollars with a 2.3% exchange fee.

26    35.    Defendants knew these representations were false when made, but

27    made them to induce Plaintiff to provide them her funds by false and untrue

28    representations and promises.

COMPLAINT

36.     All Defendants' falsity was confirmed by Defendant, Shi's knowledge of falsity, evidenced by his subsequent actions of providing a fabricated wire transfer record from Standard Charter Bank in Hong Kong, on behalf of all Defendants, when questioned about the missing funds.

37.     Defendants intended to induce Plaintiff to rely on their aforesaid misrepresentations.

38.     Defendant Shi specifically targeted Plaintiff, a non-English speaker unfamiliar with U.S. investments, through her sister.  Defendant Shi's actions, statements, and promises were made willfully, maliciously, and in reckless disregard for the rights of Plaintiff.

39.     Plaintiff justifiably relied on all the Defendants' misrepresentations.

40.     Plaintiff's reliance was justifiable given all Defendants using Shi's claimed credentials and the apparent legitimacy of their business entities Defendant Shi claimed to represent.

41.     Plaintiff suffered as a result of her reliance on all Defendants' misrepresentations.

42.     Plaintiff's damages totaled approximately $2.83 million, because she never received the promised U.S. dollars in exchange for her Chinese Yuan.

## SECOND CAUSE OF ACTION
### Conversion in Violation of Cal. Civ. Code § 3336
### (against all Defendants)

43.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 42 as if fully set forth herein.

44.     Plaintiff had sole ownership and sole right to possession of property in the form of Chinese Yuan.

45.     Plaintiff had ownership of 19,665,840 Chinese Yuan which she transferred to defendants based on their promise to exchange it for U.S. dollars.

6

COMPLAINT

1     46.     Defendants converted Plaintiff's property by a wrongful act or
2    disposition of Plaintiff's property rights.

3     47.     Defendants wrongfully converted these funds by taking possession of
4    them and refusing to provide the promised exchange or return the original funds.

5     48.     Defendant Shi acknowledged receipt of the funds but never delivered
6    the promised $2.68 million in U.S. dollars.

7     49.     Plaintiff suffered damages as a result of defendants' conversion.

8     50.     Plaintiff's damages totaled approximately $2.83 million, which
9    represents the value of the property at the time of conversion.

10

11                          **THIRD CAUSE OF ACTION**

12                             **Breach of Contract**

13                            **(against all Defendants)**

14     51.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1
15    through 50 as if fully set forth herein.

16     52.     A verbal contract came into existence between Plaintiff and all
17    Defendants.

18     53.     Plaintiff and Defendants entered into an agreement, under which
19    Defendants agreed to exchange Plaintiff's Chinese Yuan for U.S. dollars, minus a
20    2.3% fee, as their consideration.

21     54.     The agreement was formed through their communications, including
22    numerous WeChat voice and text messages where defendant Shi stated that he
23    could take Chinese Yuan and return U.S. dollars, the he received the funds of
24    19,665,840 Chinese Yuan, and that he already wired $2.68 million to the plaintiff.

25     55.     Plaintiff performed all of her obligations under the contract.

26     56.     Specifically, Plaintiff performed her obligations by wiring 19,665,840
27    Chinese Yuan to accounts designated by defendant Shi on or about August 8, 2025.

28     57.     All Defendants breached the contract between the parties.

COMPLAINT

58.   Defendants failed to provide the promised $2.68 million in U.S. dollars.

59.   Despite acknowledging receipt of Plaintiff's funds, Defendants never delivered the promised exchange.

60.   Plaintiff suffered damages as a result of defendants' breach.

61.   Plaintiff's damages totaled in the amount of $2.83 million, which represents the amount she had wired to the defendants under the agreement.

## FOURTH CAUSE OF ACTION
### Unjust Enrichment
### (against all Defendants)

62.   Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 61 as if fully set forth herein.

63.   Defendants received a benefit from Plaintiff, which she conferred on them.

64.   Defendants received an unjust benefit of 19,665,840 in Chinese Yuan from Plaintiff.

65.   Defendants retained this benefit at Plaintiff's expense.

66.   Defendants retained this benefit by not providing the promised U.S. dollars in exchange or returning the original funds.

67.   Under the circumstances, it would be legally unjust for Defendants to retain this benefit without payment to Plaintiff.

68.   Further, it would be unjust to allow defendants to retain these funds without providing the promised exchange or returning the original funds, especially given the circumstances of the transaction and all the Defendants, through Defendant Shi's subsequent fabrication of wire transfer records to conceal their actions.

COMPLAINT

## FIFTH CAUSE OF ACTION

### Civil Conspiracy

### (against all Defendants)

69.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 68 as if fully set forth herein.

70.     Defendants formed and operated a conspiracy to take Plaintiff's Chinese Yuan.

71.     Defendant Shi together with the Defendants' business entities formed and operated a conspiracy to defraud Plaintiff.

72.     Defendant Shi used his claimed positions with these entities to lend credibility to his scheme.

73.     Defendants committed wrongful acts pursuant to their conspiracy.

74.     Pursuant to this conspiracy, Defendants induced Plaintiff to wire 19,665,840 Chinese Yuan with false promises of currency exchange.

75.     Defendant Shi then provided fabricated wire transfer records to conceal the fraud.

76.     Plaintiff suffered damages as a result of Defendants' conspiracy.

77.     Plaintiff suffered damages of approximately $2.83 million as a result of this conspiracy.

78.     Plaintiff is also entitled to punitive damages against all Defendants.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendants as follows:

A.     Compensatory damages in the amount of $2.83 million, representing

COMPLAINT

1  the value of Plaintiff's property at the time of wrongful conversion, with interest

2  from that time, pursuant to Cal Civ Code § 3336;

3       B.    Fair compensation for the time and money properly expended in

4  pursuit of the property pursuant to Cal Civ Code § 3336;

5       C.    Punitive damages in an amount to be determined at trial;

6       D.    Pre-judgment and post-judgment interest;

7       E.    Costs of suit;

8       F.    Reasonable attorneys' fees; and

9       G.    Such other and further relief as the Court deems just and proper.

12  Dated: March 2, 2026     Mahdavi, Bacon, Halfhill & Young, PLLC

13  By: /s/ Kimble Charles Cannon

14  Kimble Charles Cannon, Esq.

15  California Bar No. 238034

16  Email: kimblecannon@gmail.com

17  11350 Random Hills Rd., Suite 700

18  Fairfax, VA 22030

19  Phone: (703) 352-1300

20  *Attorneys for Plaintiff*

10

COMPLAINT